447 A.2d 666

Leppek, Appellant v. Vochko & Palmer.

Submitted April 12, 1982. June S. Schulberg, for appellant; John Alan Conte, for Vochko, appellee; Albert J. Dudash, Jr., for Palmer, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.

450 A.2d 1031

Mundis v. Enck, et al., Appellants.
Reargument Denied Oct. 14, 1982.

Argued March 22, 1982. Bruce E. Cooper, for appellants; Peter Foster, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment affirmed.